UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )  M.B.D. NO. |
| | ) |
| GIVANNI ACEVEDO | )  **04 MBD 10084** |

### JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

Defendant Giovanni Acevedo is currently charged by way of complaint in 04-1624-CBS with being a felon in possession of a firearm in violation of 18 U.S.C. §922(g)(1). Herein, the parties jointly move to exclude 30 days from the time within which the government would otherwise have to obtain an indictment or file an information. Acevedo first appeared before Magistrate Judge Swartwood on February 23, 2004. Acevedo was released on conditions by agreement of the parties. Preliminary discussions have begun in an effort to resolve this criminal proceeding by agreement of the parties. It is expected that the 30-day exclusion, commencing on March 24, 2004, and expiring on April 23, 2004, will permit the parties to reach such an agreement before the government is required to or inclined to seek an indictment.

Herein, both parties move, under 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion

outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested 30 days in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

Respectfully Submitted,

| | |
|---|---|
| Giovanni Acevedo<br>By His Attorney<br><br>/s/ Martin Richey<br>Martin Richey<br>Attorney for Defendant<br>(617) 223-8061 | MICHAEL J. SULLIVAN<br>United States Attorney<br>By: /s/ William H. Connolly<br>WILLIAM H. CONNOLLY<br>Assistant U.S. Attorney<br>(617) 748-3174 |

March 23, 2004